UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-6434 JWH (MRW) | Date | January 4, 2021 |
| Title | Ricky T. v. Saul | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED COMPLAINT

This is a <u>pro se</u> appeal of the denial of Social Security disability benefits. Plaintiff filed the action on July 17, 2020. (Docket #1.) On that date, Plaintiff also requested permission to proceed <u>in forma pauperis</u>. (Docket # 2.)

On July 24, Magistrate Judge Wilner granted Plaintiff's IFP request and issued a procedural order. (Docket # 7, 8.) The procedural order explained that Plaintiff was authorized to serve the complaint on the government, and that the government was required to file a notice of appearance after receipt of service. However, the case would otherwise be stayed because of coronavirus and pursuant to Order of the Chief Judge 20-74. The order directed Plaintiff either to request Marshals' service within 10 days or to serve the government himself in compliance with Federal Rule of Civil Procedure 4. (Docket # 8 at 1.)

Plaintiff did neither. He did not file a timely request for Marshals' service. He also failed to file proof of service on the government within 90 days of commencement of the action as required under Rule 4(l) and (m). To date, the government has not appeared in the action and the complaint does not appear to have been served.

Under Rule 4(m), the Court must dismiss this action. However, in the interests of justice and in fairness to a self-represented litigant, the Court will give Plaintiff an opportunity to demonstrate good cause to extend the period of time during which he may serve the complaint. Plaintiff is ORDERED to respond to this order to show cause by February 1. In the alternative, Plaintiff may voluntarily dismiss the action.